

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Keesha Smith
(Please print)

STREET ADDRESS: 2605 S. Indiana Apt 804

CITY/STATE/ZIP: Chicago, IL 60616

PHONE NUMBER: (312) 375-1416

CASE NUMBER: 08CV2980
JUDGE LEINENWEBER
MAG. JUDGE ASHMAN

Signature: [signed]         Date: 5/21/08

FILED
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)