## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2980 | **DATE** | June 24, 2008 |
| **CASE TITLE** | Keesha Smith vs. Chicago Public Schools, Monica Rosen | | |

**DOCKET ENTRY TEXT**

Before the Court is Plaintiff's *in forma pauperis application* (IFP) and motion for appointment of counsel. For the following reasons, the IFP application is granted and the motion for appointment of counsel is denied without prejudice.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

Having reviewed Plaintiff's IFP application, the Court finds that she is unable to pay the $350 filing fee. *See* 28 U.S.C. §1915(a). Plaintiff is not currently employed, receives only $768 every two weeks in unemployment benefits, and has no assets or savings. She is granted leave to proceed *in forma pauperis*.

Plaintiff has not indicated in her motion for appointment of counsel whether she made any efforts to retain counsel, the most important component of the application. *See Kurap v. Snyder*, 2000 WL 796115 (N.D. Ill. Jun. 19, 2000). Even if this were not the case, this Court will be better equipped to address the possible appointment of counsel after the responsive pleading has been filed. *See id.* Hence the motion for appointment of counsel is denied without prejudice to its potential reassertion later on.

Courtroom Deputy Initials:

Case 1:08-cv-02980    Document 6    Filed 06/24/2008    Page 1 of 1

08C2980 Keesha Smith vs. Chicago Public Schools, Monica Rosen    Page 1 of 1